## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITD STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.  4:16 CR 00318 RWS (NCC) |
| | ) |
| DARRIN LANDES, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Comes now JoAnn Trog, and enters her appearance on behalf of Defendant Darrin Landes.  Arrangements have been made for Defendant to surrender to the U.S. Marshal's Service on Monday, July 25, 2016, at 10:00 a.m.

        Respectfully submitted,

        /S/ *JoANN TROG*
        JoANN TROG     #42725MO
        Attorney for Defendant
        121 West Adams Avenue
        St. Louis, Missouri 63122
        Telephone:  (314) 821-1111
        Facsimile:  (314) 821-9798
        E-Mail:  Jtrogmwb@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Anthony L. Franks, Assistant United States Attorney, 111 South 10th Street, Saint Louis, Missouri 63102.

        /S/ *JoANN TROG*