UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __July 26, 2016__    Judge **Noelle C. Collins**    Case No. __4:16cr00318 RWS/NCC__

**UNITED STATES OF AMERICA** v. __Darrin Landes__

**Court Reporter** FTR    Deputy Clerk __B. Porter__

Assistant United States Attorney(s) __Anthony Franks__

Attorney(s) for Defendant(s) __JoAnn Trog__

Interpreter __N/A__    ☐ **SEALED PROCEEDING**

**Proceedings:**

| | | |
|---|---|---|
| ☐ Initial Appearance | ☐ Detention Hearing | ☐ Preliminary Revocation |
| ☒ Arraignment | ☐ Bond Review | ☐ Probation |
| ☐ Preliminary Examination | ☐ Bond Execution/Appearance Bond | ☐ Supervised Release |
| ☐ Motion Hearing | ☐ In Court Hrg (WAIVER OF MOTIONS) | ☐ Competency |
| ☐ Evidentiary Hearing | ☐ Change of Plea/Sentencing | ☐ Pretrial/Status Conference |
| ☐ Oral Argument/Non Evidentiary Hearing | ☐ Rule 5(c)(3)Removal (Identity) | ☐ Material Witness |

Parties present for hearing on __arraignment. The defendant is sworn.__

☐ Oral Motion for appointment of counsel (GRANTED)    ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____    ☐ Secured Appearance Bond    ☐ Secured by 10%

   ☐ Secured by cash only    ☐ Secured by property    ☐ Unsecured bond    ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☒ Defendant arraigned    ☒ Waives reading of indictment/information    ☐ Matter taken under advisement

☒ Plea entered __Not Guilty__    Order on pretrial motions:  ☒ issued    ☐ to issue

☐ Oral Motion for Suppression    ☒ Motion for Extension of Time to File Pretrial Motions (GRANTED).

☒ **Criminal Pretrial Motions Due** __Aug. 16, 2016__

☐ Defendant waives _____    ☐ order to issue    ☐ oral ruling

☐ Defendant waives evidentiary hearing    ☐ By leave of court withdraws all pretrial motions

Trial date/time _____    Before U.S. District Judge _____

   ☒ Remanded to **CUSTODY**    ☐ Released on **BOND**

Next hearing date/time __To Be Set__    Type of hearing __Evidentiary__    Before Judge __Collins__
Proceeding commenced __10:02 AM__    Proceeding concluded __10:07 AM__    Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.
☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law/conditions set out in the instant petition/complaint.