UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

**Date** 8/25/2016  **Judge** Noelle C. Collins  **Case No.** 4:16CR318- RWS/NCC

**UNITED STATES OF AMERICA v.** Darrin Landes

**Court Reporter** FTR Gold  **Deputy Clerk** N. Blasko

**Assistant United States Attorney(s)** Anthony Franks

**Attorney(s) for Defendant(s):** JoAnn Trog

**Interpreter** n/a  ☐ **SEALED PROCEEDING**

**Proceedings:**

☐ Initial Appearance ☐ Supervised Release Rev. ☐ Detention Hearing ☐ Preliminary Revocation
☐ Arraignment   ☐ Bond Rev. ☐ Bond Review ☐ Probation
☐ Preliminary Examination ☐ Bond Execution/Appearance Bond ☐ Supervised Release
☐ Motion Hearing ☑ In Court Hrg (**WAIVER OF MOTIONS**) ☐ Competency
☐ Evidentiary Hearing ☐ Change of Plea/Sentencing ☐ Pretrial/Status Conference
☐ Oral Argument/Non Evidentiary Hearing ☐ Rule 5(c)(3)Removal (Identity) ☐ Material Witness

**Additional Information:** Defendant sworn. Defendant waives his rights to file any pretrial motions. The Court accepts his waiver and finds that it is voluntary and with a full understanding of his rights.

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____  ☐ Secured Appearance Bond  ☐ Secured by 10%

☐ Secured by cash **only**  ☐ Secured by property  ☐ Unsecured bond  ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

☐ Preliminary examination set for _____ before _____

☐ Defendant arraigned  ☐ Waives reading of indictment/information  ☐ Matter taken under advisement

☐ Plea entered  not guilty   Order on pretrial motions:  ☐ issued  ☐ to issue

☐ Oral Motion for Suppression  ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____  ☐ order to issue  ☐ oral ruling

☐ Defendant waives evidentiary hearing  ☐ By leave of court withdraws all pretrial motions  ☐ No R&R will be forthcoming

**Trial date/time** 10/3/16 @ 9:00 a.m.  **Before** RWS

☐ Remanded to custody  ☑ Released on bond

Next hearing date/time _____ A.M.  Type of hearing _____ Before _____
Proceeding commenced 10:29 A.M.  Proceeding concluded 10:31 A.M.  Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.