UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. 4:13 CR 450 RWS |
| | ) | and 4:16 CR 318 RWS |
| DARRIN LANDES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **supervised release revocation hearing** in case number 4:13 CR 450 RWS and the **sentencing** in case number 4:16 CR 318 RWS as to defendant Darrin Landes are **reset** from December 16, 2016 to **Thursday, January 19, 2017 at 11:00 a.m.** in Courtroom 16-South.

**IT IS FURTHER ORDERED** that the deadline for filing objections, if any, to the Presentence Report as to this defendant is **January 5, 2017.**

**IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of the Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of

witnesses and the estimated length of such testimony.

**IT IS FINALLY ORDERED** that the parties must file any memoranda no later than seven (7) days before sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of December, 2016.